PETER ANGELOS LAW

Jason B. Duncan (PA, NJ)

Direct Dial: 717-232-1886
Fax: 717-232-4189

Email: JDuncan@lawpga.com

GOVERNOR'S PLAZA SOUTH
2001 N. FRONT STREET
BUILDING #3, SUITE 330
HARRISBURG, PENNSYLVANIA 17102

angeloslaw.com

OTHER LOCATIONS:

BALTIMORE, MARYLAND
NEW YORK, NEW YORK

March 21, 2022

**Via Certified Mail**

See Attached Service List

> RE:   **DAUPHIN COUNTY ASBESTOS LITIGATION**
>       **Earl Heilner, et al. v. Advanced Thermal Hydronics., et al.**
>       **No. 2022 – CV – 2039 - AS**

RECEIVED
MAR 28 2022
Fred Wolsky

Dear Sir or Madam:

Enclosed please find the Complaint and Notice to Defend in the above-captioned matter which was filed with the Dauphin County Prothonotary on March 21, 2022.

The enclosed is being served upon you in accordance with the Pennsylvania Rules of Civil Procedure.

Very truly yours,

*/s/ Jason B. Duncan*

Jason B. Duncan, Esq.

Enclosures

**EARL HEILNER, ET AL.**
**V.**
**ADVANCED THERMAL HYDRONICS, LLC, ET AL.**
**No. 2022 -CV- 2039 - AS**

**SERVICE LIST**
**(out of state defendants)**


**ADVANCED THERMAL HYDRONICS, LLC**
850 New Burton Rd., Ste 201
Dover, DE 19904


**A.O. SMITH CORPORATION**
The Prentice-Hall Corp. System, Inc.
251 Little Falls Dr.
Wilmington, DE 19808


**AURORA PUMP COMPANY**
n/k/a Pentair, Inc., Aurora Pump
5500 Wayzata Blvd.
Suite 600
Minneapolis, MN 55416


**AUTOMATION INDUSTRIES, INC.**
Individually and as successor to Hydrotherm, Inc.
CT Corporation
Corporation Trust Center
1209 N. Orange St.
Wilmington, DE 19801


**BAYER CROPSCIENCE, INC.**
f/k/a AMCHEM PRODUCTS, INC.
Corporation Service Co.
80 State Street
Albany, NY 12207-2543


**CARRIER CORPORATION**
United Agent Group
3411 Silverside Rd.
Tatnall Building #104
Wilmington, DE 19810

**CBS CORPORATION**
A Delaware Corporation, f/k/a VIACOM, INC.,
Successor-by-Merger to CBS CORPORATION,
a Pennsylvania Corporation, f/k/a
WESTINGHOUSE ELECTRIC CORP.
c/o Asbestos Litigation Support Manager
Eckert Seamans Cherin & Mellott, LLC
Case Management and Technology Center
600 Grant Street, 44th Floor
Pittsburgh, PA 15219,

**COLUMBUS McKINNON CORPORATION**
ATTN   Legal Department
205 Crosspoint Parkway
Getzville, NY 14068,

**COMPUDYNE, LLC,**
f/k/a COMPUDYNE CORP.,
Successor to York Shipley, Inc.
112 North Curry Street
Carson City, NV 89703,

**COOPER INDUSTRIES LLC**
Individually and as Successor-in-Interest to
CROUSE-HINDS CO.
The Corporation Trust Co.
Corporation Trust Center
1209 N. Orange Street
Wilmington, DE 19801

**CRANE COMPANY**
100 First Stamford Place
Stamford, CT 06902,

**DAP PRODUCTS**
2400 Boston Street
Suite 200
Baltimore, MD 21224,

2

**Dynatherm Boiler Manufacturing**
f/k/a Bethlehem Dynatherm
43 E. Cherry Rd.
Quakertown, PA 18951


**EASCO BOILER CORP.**
f/k/a Federal Boilers
1175 Leggett Ave.
Bronx, NY 10474


**Flexible Technologies, Inc.,** f/k/a
Automation Industries, individually and as
successor to Hydrotherm
CT Corporation
Corporation Trust Center `
1209 N. Orange Street
Wilmington, DE 19801


**FMC CORPORATION**
Individually, and as successor in interest to
Stearns Electric Corporation and Link-Belt Co./
Construction Equipment Group
CT Corporation
Corporation Trust Center
1209 N. Orange Street
Wilmington, DE 19801


**FOSECO, INC.**
CT Corporation
Corporation Trust Center
1209 N. Orange Street
Wilmington, DE 19801


**FOSTER-WHEELER LLC,**
Survivor to a merger with Foster Wheeler Corp.,
53 Frontage Road, P.O. Box 9000
Hampton, NJ 08827-9000,

**GENERAL ELECTRIC COMPANY**
CT Corporation System
155 Federal Street, Suite 700
Boston, MA 02110

    And

CT Corporation System
600 N. 2nd St., Suite 401
Harrisburg, PA 17101

**GOODRICH CORPORATION**
f/k/a The B.F. Goodrich Company
2730 W. Tyvola Rd.
Charlotte, NC 28217

**THE GOODYEAR TIRE &**
**RUBBER COMPANY**
Corporate Service Company
251 Little Falls Dr.
Wilmington, DE 19808

**GOULDS PUMPS, LLC,**
f/k/a GOULDS PUMPS, INC.,
CT Corporation
Corporation Trust Center
1209 N. Orange Street
Wilmington, DE 19801

**GREENE, TWEED & CO., INC.,**
Greene, Tweed NC, LLC,
201 S. Tryon St., Suite 950
Charlotte, NC 28202

**GTE OPERATIONS SUPPORT, INC,**
Successor in Interest to GTE Products of Connecticut
Corp. o/b/o CLARK CONTROLLER, CO.,
CT Corporation
Corporation Trust Center
1209 N. Orange Street
Wilmington, DE 19801

**HB FULLER COMPANY**
1200 Willow Lake Boulevard
P.O. Box 64683
St. Paul, MN 55164


**H.B. SMITH COMPANY, INC.,**
a division of MESTEK, Inc.
47 Westfield Industrial Park Rd.
Westfield, MA 01085


**HOBART BROTHERS COMPANY**
400 Trade Square E
Troy, OH 45373


**HONEYWELL INTERNATIONAL, INC.,**
Successor to ALLIED-SIGNAL, INC.,
Successor to BENDIX CORPORATION
Corporation Service Company
251 Little Falls Dr.
Wilmington, DE 19808


**HONEYWELL, INC.**
Corporation Service Company
251 Little Falls Dr.
Wilmington, DE 19808


**IMO INDUSTRIES, INC.,**
Individually and as Parent Company of
and/or Successor to DeLAVAL PUMP
& STEAM TURBINE CO.
CT Corporation
Corporation Trust Center
1209 N. Orange Street
Wilmington, DE 19801


**INDUSTRIAL HOLDINGS CORPORATION,**
f/k/a CARBORUNDUM COMPANY
Prentice-Hall Corporation
80 State Street
Albany, NY 12207

**J.H. FRANCE REFRACTORIES COMPANY**
c/o Alan Parker, President
Special Claims Services, Inc.
790 Fairgrounds Rd., Suite 100
Mount Vernon, OH 43050


**JOHN WOOD COMPANY, LLC**
Corporation Service Company
251 Little Falls Dr.
Wilmington, DE 19808


**KEELER/DORR-OLIVER**
**BOILER COMPANY, INC.**
1201 N. Market Street, Suite 900
Wilmington, DE 19801


**KERITE LLC**
Corporation Service Co.
251 Little Falls Dr.
Wilmington, DE 19808


**THE LINCOLN ELECTRIC COMPANY**
22801 St. Clair Avenue
Cleveland, OH 44117


**LINDE, LLC,**
f/k/a THE BOC GROUP, INC.,
200 Somerset Corporate Blvd, Ste. 7000
Bridgewater, NJ 08807


**LOCKHEED MARTIN CORPORATION,**
f/k/a MARTIN MARIETTA CORPORATION
6801 Rockledge Drive
Bethesda, MD 20817


**MARTIN MARIETTA MATERIALS, INC.**
2710 Wycliff Road
Raleigh, NC 27607,

**McCORMICK ASBESTOS COMPANY,**
a/k/a MCIC
Remaining Director Trustees
Louis E. Grenzer, Jr.
Bodie, Dolina, Hobbs, Fridell & Grenzer, P.C.
305 Washington Avenue, Suite 300
Towson, MD 21204


**MESTEK, INC.,** individually and as
Successor-in-interest to Hydrotherm, Inc.
260 North Elm St.
Westfield, MA 01085


**MOBIL CORPORATION,**
Parent of MOBIL OIL CORPORATION
5959 Las Colinas Boulevard
Irving, TX 75039


**MORGAN ENGINEERING,**
f/k/a MORGAN CRANE
1049 South Mahoning Avenue
Alliance, OH 44601


**THE OKONITE COMPANY**
P.O. Box 340
102 Hilltop Road
Ramsey, NJ 07446


**PFIZER, INC.**
235 East 42nd Street
New York, NY 10017


**POLLOCK RESEARCH & DESIGN, INC.,**
f/k/a READING CRANE & ENGINEERING,
c/o Alan Gries, Director
Gibbons, PC
One Logan Sq., Suite 1210
Philadelphia, PA 19103

**Reed Financial Corp.,** n/k/a Advanced Thermal
Hydronics, LLC, as successor to Hydrotherm Corp.
Delaware Trust Company
900 Market St.
Wilmington, DE 19801


**REUNION INDUSTRIES, INC.,**
f/k/a ALLIANCE MACHINES
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808,


**ROCKWELL AUTOMATION, INC.**
1201 South 2nd Street
Milwaukee, WI 53204


**RSCC WIRE & CABLE, LLC**
20 Bradley Park Road
East Granby, CT 06026


**SCHNEIDER ELECTRIC USA, INC.,**
f/k/a SQUARE D Company
200 N. Martingale Road, Suite 100
Schaumburg, IL 60173


**SID HARVEY INDUSTRIES, INC.**
605 Locust St.
Garden City, NY 11530-6531


**SUPERIOR BOILER WORKS, INC.**
3524 E. 4th Avenue
Hutchinson, KS 67501


**TEREX CORPORATION**
200 Nyala Farms Road
Westport, CT 06880

8

**VIKING PUMP, INC.**
CT Corporation
Corporation Trust Center
1209 N. Orange St.,
Wilmington, DE 19801


**WARREN PUMPS, LLC**
CT Corporation
155 Federal Street
Suite 700
Boston, MA 02110


**MARLEY-WYLAIN COMPANY,
f/k/a WEIL-McLAIN**
500 Blaine Street
Michigan City, IN 46360


**ZURN INDUSTRIES, LLC**
CT Corporation
Corporation Trust Center
1209 N. Orange Street
Wilmington, DE 19801


**ECR International, Inc.,**
a/k/a Dunkirk Boilers, and as successor
in interest to Utica Boilers
2201 Dwyer Ave
Utica, NY 13501

# Supreme Court of Pennsylvania
## Court of Common Pleas
## Civil Cover Sheet

**DAUPHIN COUNTY** _____ County

| For Prothonotary Use Only: |
|---|
| Docket No: |
| 2022 CV 2039 AS |

*2022 MAR 21 PM 3:55 DAUPHIN COUNTY PENNA. RECEIVED OFFICE OF PROTHONOTARY*

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

**SECTION A**

**Commencement of Action:**
- [✓] Complaint
- [ ] Writ of Summons
- [ ] Transfer from Another Jurisdiction
- [ ] Petition
- [ ] Declaration of Taking

Lead Plaintiff's Name: **Earl Heilner, et al.**

Lead Defendant's Name: **Advanced Thermal Hydronics, et al.**

Are money damages requested? [✓] Yes [ ] No

Dollar Amount Requested: (check one)
- [ ] within arbitration limits
- [✓] outside arbitration limits

Is this a *Class Action Suit?* [ ] Yes [✓] No

Is this an *MDJ Appeal?* [ ] Yes [✓] No

Name of Plaintiff/Appellant's Attorney: **Jason B. Duncan, Esquire**

[ ] Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)

**SECTION B**

**Nature of the Case:** Place an "X" to the left of the **ONE** case category that most accurately describes your *PRIMARY CASE.* If you are making more than one type of claim, check the one that you consider most important.

**TORT** *(do not include Mass Tort)*
- [ ] Intentional
- [ ] Malicious Prosecution
- [ ] Motor Vehicle
- [ ] Nuisance
- [ ] Premises Liability
- [ ] Product Liability *(does not include mass tort)*
- [ ] Slander/Libel/ Defamation
- [ ] Other: _____

**MASS TORT**
- [✓] Asbestos
- [ ] Tobacco
- [ ] Toxic Tort - DES
- [ ] Toxic Tort - Implant
- [ ] Toxic Waste
- [ ] Other: _____

**PROFESSIONAL LIABLITY**
- [ ] Dental
- [ ] Legal
- [ ] Medical
- [ ] Other Professional: _____

**CONTRACT** *(do not include Judgments)*
- [ ] Buyer Plaintiff
- [ ] Debt Collection: Credit Card
- [ ] Debt Collection: Other
- [ ] Employment Dispute: Discrimination
- [ ] Employment Dispute: Other
- [ ] Other: _____

**REAL PROPERTY**
- [ ] Ejectment
- [ ] Eminent Domain/Condemnation
- [ ] Ground Rent
- [ ] Landlord/Tenant Dispute
- [ ] Mortgage Foreclosure: Residential
- [ ] Mortgage Foreclosure: Commercial
- [ ] Partition
- [ ] Quiet Title
- [ ] Other: _____

**CIVIL APPEALS**
Administrative Agencies
- [ ] Board of Assessment
- [ ] Board of Elections
- [ ] Dept. of Transportation
- [ ] Statutory Appeal: Other
- [ ] Zoning Board
- [ ] Other: _____

**MISCELLANEOUS**
- [ ] Common Law/Statutory Arbitration
- [ ] Declaratory Judgment
- [ ] Mandamus
- [ ] Non-Domestic Relations Restraining Order
- [ ] Quo Warranto
- [ ] Replevin
- [ ] Other: _____

*Updated 1/1/2011*



EARL K. HEILNER, JR., and his wife
KATHRYN L. HEILNER,

Plaintiffs,

v.

ADVANCED THERMAL HYDRONICS, et al.,

Defendants.

: IN THE COURT OF COMMON PLEAS
: DAUPHIN COUNTY, PENNSYLVANIA
:
:
: NO. 2022-CV-*2039*-AS
:
: CIVIL ACTION – ASBESTOS
:
: JURY TRIAL DEMANDED
:
:
:

## NOTICE

YOU HAVE BEEN SUED IN COURT. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this Complaint and Notice are served, by entering a written appearance personally or by attorney and filing in writing with the Court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the Court without further notice for any money claimed in the Complaint or for any other claim or relief requested by the Plaintiff. You may lose money or property or other rights important to you.

**YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.**

DAUPHIN COUNTY LAWYER REFERRAL SERVICE
213 North Front Street
Harrisburg, PA 17101
(717) 232-7536

EARL K. HEILNER, JR., and his wife    : IN THE COURT OF COMMON PLEAS
KATHRYN L. HEILNER,           : DAUPHIN COUNTY, PENNSYLVANIA
                              :
        Plaintiffs,         :
                              : NO.  2022-CV-2039 -AS
        v.            :
                              : CIVIL ACTION – ASBESTOS
ADVANCED THERMAL HYDRONICS, et al.,  :
                              : JURY TRIAL DEMANDED
        Defendants.      :
                              :

*RECEIVED OFFICE OF PROTHONOTARY — 2022 MAR 21 PM 3: 55 — DAUPHIN COUNTY PENNA*

## AVISO

    USTED HA SIDO DEMANDADO/A EN CORTE.  Si usted desea defenderse de las demandas que se presentan màs adelante en las siguientes pàginas debe tomar acción dentro de los próximos veinte (20) días después de la notificación de esta Demanda y Aviso radicando personalmente o por medio de un abogado una comparecencia escrita y radicando en la Corte por escrito sus defensas de, y objecciones a, las demandas presentadas aquí en contra suya.  Se le advierte de que si usted falla de tomar acción como se describe anteriormente, el caso puede proceder sin usted y un fallo por cualquier suma de dinero reclamada en la demanda o cualquier otra reclamación o remedio solicitado por el demandante puede ser dictado en contra suya por la Corte sin màs aviso adicional.  Usted puede perder dinero o propiedad otros derechos importantes para usted.

**USTED DEBE LLEVAR ESTE DOCUMENTO A SU ABOGADO IMMEDIATAMENTE. SI USTED NO TIENE UN ABOGADO O NO PUEDE PAGAR UNA, LLAME O VAYA A LA SIGUIENTE OFICINA PARA DETERMINAR DONDE USTED PUEDE OBTENER AYUDA LEGAL.**

DAUPHIN COUNTY LAYWER REFERRAL SERVICE
213 North Front Street
Harrisburg, PA 17101
(717) 232-7536

EARL K. HEILNER, JR., and his wife     : IN THE COURT OF COMMON PLEAS
KATHRYN L. HEILNER,              : DAUPHIN COUNTY, PENNSYLVANIA
                                       :
       Plaintiffs,               :
                                         : NO.  2022-CV-2039 -AS
       v.                   :
                                       : CIVIL ACTION –  ASBESTOS
ADVANCED THERMAL HYDRONICS, et al.,  :
                                       : JURY TRIAL DEMANDED
       Defendants.            :
                                       :

## NOTICE

### CONCERNING MEDIATION OF ACTIONS PENDING BEFORE
### THE COURT OF COMMON PLEAS OF DAUPHIN COUNTY

      The Judges of the Court of Common Pleas of Dauphin County believe that mediation of lawsuits is a very important component of dispute resolution. Virtually all lawsuits can benefit in some manner from mediation.

      The Court has adopted Dauphin County Local Rule 1001 to encourage the use of mediation.  This early alert enables litigants to determine the best time during the life of their lawsuit for a mediation session. The intent of this early alert is to help parties act upon the requirment to consider good faith mediation at the optimal time.

      The Dauphin County Bar Association provides mediation services and can be reached at 717-232-7536.  Free medical sessions for pro bono cases referred by MidPenn Legal Services are available through the DCBA.



EARL K. HEILNER, JR., and his wife    :   IN THE COURT OF COMMON PLEAS
KATHRYN L. HEILNER,             :   DAUPHIN COUNTY, PENNSYLVANIA

           Plaintiffs,         :

                            :   NO.  2022-CV-*2039* -AS

            v.                :

                            :   CIVIL ACTION – ASBESTOS

ADVANCED THERMAL HYDRONICS, et al.,   :

                            :   JURY TRIAL DEMANDED

           Defendants.        :

                            :

## <u>AVISO</u>

### <u>REFERENCES A LA MEDIACION DE LAS ACCIONES PENDIENTES ANTES LA CORTE DE SOPLICAS COMUNES DEL CONDADO DE DAUPHIN</u>

        Los jueces de la corete de sûûas communes del condado de Dauphin creen que la mediaciôn de pleitos es un componente muy importante de la resoluciôn del conflicto. Virtualmente todos los pleitos pueden beneficiar de cierta manera de la mediaciôn.

        La code ha adoptado la regla local de condado de Daupin 1001 para animar el use de la mediadciôn.  Esta alarma temprana permite a litgantes determiner la mejor època durante la vida de su plieto para una sessiôn de la mediaciôn.  El intento de esta alarma temprana es actuar sobre la mediaciôn de la buena fe en el tiempo óptimo.

        La Associaciôn de la barra del condado de Dauphin proporciona servicios de la mediaciôn y se puee alcanzar en 717-232-7536.  La sesiôn libre de la mediaciôn para los favorables casos del bono se refinio por MidPenn que los servicios juridicos estàn disponibles con el DCBA.

RECEIVED
OFFICE OF
PROTHONOTARY

2022 MAR 21 PM 3: 54.

DAUPHIN COUNTY
PENNA

Counsel for Plaintiff(s)
LAW OFFICES OF PETER ANGELOS
Jason B. Duncan, Esquire
Lauren S. Linsenbach, Esquire
2001 North Front Street
Building 3, Suite 330
Harrisburg, PA 17102
phone: 717-232-1886
fax: 717-232-4189
e-mail: jduncan@lawpga.com; llinsenbach@lawpga.com

| | |
|---|---|
| EARL K. HEILNER, JR., and his wife<br>KATHRYN L. HEILNER,<br><br>Plaintiffs,<br><br>v.<br><br>**ADVANCED THERMAL HYDRONICS, LLC.,**<br>f/k/a Reed Financial, Inc., Individually and as<br>Successor to The Hydrotherm Corporation,<br>Cogency Global, Inc.,<br>850 New Burton Road, Suite 201<br>Dover, Delaware 19904<br><br>and<br><br>**AMERICAN PREMIER UNDERWRITERS,**<br>Individually and as Successor-in-Interest to<br>Hydrotherm Corp.,<br>CT Corporation System<br>600 N. 2nd St., Suite 401<br>Harrisburg, PA 17101<br><br>and<br><br>**AIR & LIQUID SYSTEMS CORPORATION**<br>As Successor-by-Merger to BUFFALO PUMPS<br>Corporation Service Company | : IN THE COURT OF COMMON PLEAS<br>: DAUPHIN COUNTY, PENNSYLVANIA<br>:<br>:<br>:<br>: NO. 2022-CV- 2039 -AS<br>:<br>: CIVIL ACTION – ASBESTOS<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: JURY TRIAL DEMANDED<br>:<br>: **COMPLAINT**<br>:<br>:<br>:<br>:<br>:<br>: JURY TRIAL DEMANDED<br>: |

2595 Interstate Drive, Suite 103,                                   :
Harrisburg, PA 17110,                                               :
                                                                    :
                                                                    :
       and                                                          :
                                                                    :
                                                                    :
**A.O. SMITH CORPORATION**                                          :
The Prentice-Hall Corp. System, Inc.                                :
251 Little Falls Dr.                                                :
Wilmington, DE 19808                                                :
                                                                    :
                                                                    :
       and                                                          :
                                                                    :
                                                                    :
**AURORA PUMP COMPANY**                                             :
n/k/a Pentair, Inc., Aurora Pump                                    :
5500 Wayzata Blvd.                                                  :
Suite 600                                                           :
Minneapolis, MN 55416                                               :
                                                                    :
                                                                    :
       and                                                          :
                                                                    :
                                                                    :
**AUTOMATION INDUSTRIES, INC.**                                     :
Individually and as Successor to Hydrotherm, Inc.,                  :
CT Corporation                                                      :
Corporation Trust Center                                            :
1209 N. Orange St.                                                  :
Wilmington, DE 19801                                                :
                                                                    :
                                                                    :
       and                                                          :
                                                                    :
                                                                    :
**BAYER CROPSCIENCE, INC.,**                                        :
f/k/a AMCHEM PRODUCTS, INC.                                         :
c/o Corporation Service Co.                                         :
80 State Street                                                     :
Albany, NY 12207-2543                                               :
                                                                    :
                                                                    :
       and                                                          :
                                                                    :
                                                                    :
**BRAND INSULATIONS, INC.,**                                        :
CT Corporation System                                               :
600 N. 2nd Street, Suite 401,                                       :
Harrisburg, PA 17101                                                :
                                                                    :
                                                                    :
       and                                                          :
                                                                    :
                                                                    :
**BURNHAM, LLC,**                                                   :

Successor by Merger and f/k/a                          :
BURNHAM CORP.                                          :
1239 Harrisburg Pike,                                 :
Lancaster, PA 17603,                                  :
                                                      :
   and                                 :
                                                      :
**CARRIER CORPORATION,**                              :
United Agent Group                                    :
3411 Silverside Rd.                                   :
Tatnall Building #104                                 :
Wilmington, DE 19810                                  :
                                                      :
   and                                 :
                                                      :
**CBS CORPORATION**                                   :
A Delaware Corporation, f/k/a VIACOM, INC.,           :
Successor-by-Merger to CBS CORPORATION,               :
a Pennsylvania Corporation,                           :
f/k/a WESTINGHOUSE ELECTRIC CORP                      :
c/o Asbestos Litigation Support Manager               :
Eckert Seamans Cherin & Mellott, LLC                  :
Case Management and Technology Center                 :
600 Grant Street, 45th Floor                          :
Pittsburgh, PA 15219,                                 :
                                                      :
   and                                 :
                                                      :
**CLEAVER BROOKS, INC.**                              :
Corporation Service Company                           :
2595 Interstate Drive, Suite 103                      :
Harrisburg, PA 17110,                                 :
                                                      :
   and                                 :
                                                      :
**COLUMBUS McKINNON CORPORATION**                     :
ATTN: Legal Department                                :
205 Crosspoint Parkway                                :
Getzville, NY 14068,                                  :
                                                      :
   and                                 :
                                                      :
**COMPUDYNE, LLC,**                                   :
f/k/a COMPUDYNE CORP.,                                :
Successor to York Shipley, Inc.                       :

3

112 North Curry Street,                              :
Carson City, NV 89703                                :
                                                     :
        and                                          :
                                                     :
                                                     :
**COOPER INDUSTRIES LLC**                             :
Individually and as Successor-in-Interest to         :
CROUSE-HINDS CO.                                      :
CT Corporation                                        :
Corporation Trust Center                             :
1209 N. Orange Street                               :
Wilmington, DE 19801                                :
                                                     :
                                                     :
        and                                          :
                                                     :
                                                     :
**CORNING INC. On behalf of its former**             :
**Corhart Refractories Business Division**           :
Corporation Service Company                          :
2595 Interstate Drive, Suite 103                     :
Harrisburg, PA 17110                                 :
                                                     :
                                                     :
        and                                          :
                                                     :
                                                     :
**CRANE COMPANY**                                    :
100 First Stamford Place                            :
Stamford, CT 06902,                                 :
                                                     :
                                                     :
        and                                          :
                                                     :
                                                     :
**DAP PRODUCTS**                                     :
2400 Boston Street                                  :
Suite 200                                           :
Baltimore, MD 21224                                 :
                                                     :
                                                     :
        and                                          :
                                                     :
                                                     :
**DYNATHERM BOILER MANUFACTURING,**                  :
a/k/a/ Bethlehem Dynatherm,                          :
43 E. Cherry Rd.,                                    :
Quakertown, PA 18951                                 :
                                                     :
                                                     :
        and                                          :
                                                     :
                                                     :
**EATON CORPORATION**                                :
As Successor-in-Interest to                          :

4

CUTLER-HAMMER, INC.,                                    :
n/k/a EATON ELECTRICAL, INC.                            :
CT Corporation System                                  :
600 N. 2nd Street, Suite 401                            :
Harrisburg, PA 17101,                                  :
                                                       :
         and                                           :
                                                       :
**EASCO BOILER CORP.**, f/k/a                          :
**FEDERAL BOILERS,**                                   :
1175 Leggett Ave.                                      :
Bronx, NY 10474                                        :
                                                       :
         and                                           :
                                                       :
**FLEXIBLE TECHNOLOGIES, INC.**, f/k/a                 :
Automation Industries, Individually and as             :
Successor to Hydrotherm, Inc.,                          :
CT Corporation,                                        :
Corporation Trust Center,                              :
1209 N. Orange Street,                                 :
Wilmington, DE 19801                                   :
                                                       :
         And                                           :
                                                       :
**FMC CORPORATION**                                    :
Individually, and as successor in interest to          :
Stearns Electric Corporation and Link-Belt Co./        :
Construction Equipment Group                           :
CT Corporation                                         :
Corporation Trust Center                               :
1209 N. Orange Street                                  :
Wilmington, DE 19801,                                  :
                                                       :
         and                                           :
                                                       :
**FOSECO, INC.**                                       :
CT Corporation                                         :
Corporation Trust Center                               :
1209 N. Orange Street                                  :
Wilmington, DE 19801,                                  :
                                                       :
         and                                           :
                                                       :
**FOSTER WHEELER LLC,**                                :

Survivor to a merger with Foster Wheeler Corp.,          :
53 Frontage Road, P.O. Box 9000                          :
Hampton, NJ 08827-9000,                                  :
                                                         :
          and                                            :
                                                         :
**GENERAL ELECTRIC COMPANY**                             :
CT Corporation System                                    :
155 Federal Street, Suite 700                            :
Boston, MA 02110                                         :
                                                         :
          and                                            :
                                                         :
**GOODRICH CORPORATION,**                                :
f/k/a **THE B.F. GOODRICH CO.,**                         :
2730 W. Tyvola Road                                      :
Charlotte, NC 28217                                      :
                                                         :
          and                                            :
                                                         :
**THE GOODYEAR TIRE & RUBBER CO.**                       :
Corporation Service Company                              :
251 Little Falls Dr.,                                    :
Wilmington, DE 19808,                                    :
                                                         :
          and                                            :
                                                         :
**GOULDS PUMPS, LLC,**                                   :
f/k/a GOULDS PUMPS, INC.,                                :
CT Corporation                                           :
Corporation Trust Center                                 :
1209 N. Orange Street                                    :
Wilmington, DE 19801,                                    :
                                                         :
          and                                            :
                                                         :
**GREENE, TWEED & CO., INC.**                            :
201 S. Tryon St., Suite 950                              :
Charlotte, NC 28202,                                     :
                                                         :
          and                                            :
                                                         :
**GTE OPERATIONS SUPPORT, INC.**                         :
Successor in Interest to GTE Products of                 :
Connecticut Corporation,                                 :

o/b/o CLARK CONTROLLER, CO.,                    :
CT Corporation, Corporation Trust Center        :
1209 N. Orange St.                              :
Wilmington, DE 19801,                           :
                                                :
           and                                  :
                                                :
**HAJOCA CORP.,**                               :
Corporation Service Company                     :
2595 Interstate Dr., Suite 103                  :
Harrisburg, PA 17110,                           :
                                                :
           and                                  :
                                                :
**H.B. FULLER COMPANY**                         :
1200 Willow Lake Boulevard                      :
P.O. Box 64683                                  :
St. Paul, MN 55164,                             :
                                                :
           and                                  :
                                                :
**H.B. SMITH COMPANY, INC.,**                   :
A Division of MESTEK, INC.,                     :
47 Westfield Industrial Park Road               :
Westfield, MA 01085                             :
                                                :
           and                                  :
                                                :
**HOBART BROTHERS COMPANY,**                    :
400 Trade Square E                              :
Troy, OH 45373,                                 :
                                                :
           and                                  :
                                                :
**HONEYWELL, INC.**                             :
Corporation Service Company                     :
251 Little Falls Dr.                            :
Wilmington, DE 19808,                           :
                                                :
           and                                  :
                                                :
**HONEYWELL INTERNATIONAL, INC.**               :
Successor to ALLIED-SIGNAL, INC.,               :
Successor to BENDIX CORPORATION                 :
Corporation Service Company                     :

251 Little Falls Dr.
Wilmington, DE 19808,

      and

**IMO INDUSTRIES, INC.,**
Individually and as Parent Company of
and/or Successor to
DeLAVAL PUMP & STEAM TURBINE CO.
CT Corporation
Corporation Trust Center
1209 N. Orange Street
Wilmington, DE 19801,

      and

**INDUSTRIAL HOLDINGS CORPORATION,**
f/k/a CARBORUNDUM COMPANY
Prentice Hall Corporation
80 State Street
Albany, NY 12207,

      and

**J.H. FRANCE REFRACTORIES COMPANY**
c/o Alan Parker, President
Special Claims Services, Inc.
790 Fairgrounds Rd., Suite 100
Mount Vernon, OH 43050,

      and

**JOHN CRANE, INC.,**
f/k/a CRANE PACKING CO.,
CT Corporation System
600 N. 2nd Street, Suite 401,
Harrisburg, PA 17101,

      and

**THE JOHN WOOD COMPANY, LLC**
Corporation Service Company
251 Little Falls Dr.
Wilmington, DE 19808

8

and            :
           :

**KEELER/DORR-OLIVER**
**BOILER COMPANY, INC.**    :
1201 N. Market Street, Suite 900    :
Wilmington, DE 19801,       :
           :
        and         :
           :

**KERITE LLC,**         :
Corporation Service Co.     :
251 Little Falls Drive      :
Wilmington, DE 19808     :
           :
        and         :
           :

**THE LINCOLN ELECTRIC COMPANY,**   :
22801 St. Clair Avenue      :
Cleveland, OH 44117,       :
           :
        and         :
           :

**LINDE, LLC.,**         :
f/k/a THE BCC GROUP, INC.,    :
200 Somerset Corporate Boulevard, Ste. 7000,   :
Bridgewater, NJ 08807,      :
           :
        and         :
           :

**LOCKHEED MARTIN CORPORATION**   :
f/k/a MARTIN MARIETTA CORPORATION   :
6801 Rockledge Drive       :
Bethesda, MD 20817,       :
           :
        and         :
           :

**MARTIN MARIETTA MATERIALS, INC.**   :
2710 Wycliff Road        :
Raleigh, NC 27607,        :
           :
        and         :
           :

**McCORMICK ASBESTOS COMPANY**   :
a/k/a MCIC         :
Remaining Director Trustees    :

9

Louis E. Grenzer, Jr.                              :
Bodie, Dolina, Hobbs, Fridell & Grenzer, P.C.      :
305 Washington Avenue, Suite 300                   :
Towson, MD 21204,                                  :
                                                   :
   and                              :
                                                   :
**MESTEK, INC.**, Individually and as              :
Successor-in-Interest to                           :
HYDROTHERM, INC.                                   :
260 North Elm Street                               :
Westfield, MA 01085                                :
                                                   :
   and                              :
                                                   :
**METROPOLITAN LIFE**                              :
**INSURANCE COMPANY, INC.**                        :
CT Corporation System                              :
600 N. 2nd Street, Suite 401                       :
Harrisburg, PA 17101,                              :
                                                   :
   and                              :
                                                   :
**MOBIL CORPORATION**                              :
Parent of MOBIL OIL CORPORATION                    :
5959 Las Colinas Boulevard                         :
Irving, TX 75039,                                  :
                                                   :
   and                              :
                                                   :
**MORGAN ENGINEERING,**                            :
f/k/a MORGAN CRANE                                 :
1049 South Mahoning Avenue                         :
Alliance, OH 44601,                                :
                                                   :
   and                              :
                                                   :
**THE OKONITE COMPANY,**                           :
P.O. Box 340                                       :
102 Hilltop Road                                   :
Ramsey, NJ 07446,                                  :
                                                   :
   and                              :
                                                   :
**PECORA CORPORATION**                             :

165 Wambold Road
Harleysville, PA 19438,

      and

**PFIZER, INC.**
235 East 42nd Street
New York, NY 10017

      and

**POLLOCK RESEARCH & DESIGN, INC.**
f/k/a READING CRANE & ENGINEERING,
c/o Alan Gries, Director
Gibbons, PC
One Logan Sq., Suite 1210
Philadelphia, PA 19103

      and

**REED FINANCIAL CORP.,** n/k/a
Advanced Thermal Hydronics, LLC,
as Successor to The Hydrotherm Corp.,
Delaware Trust Company,
900 Market Street,
Wilmington, DE 19801

      and

**REUNION INDUSTRIES, INC.,**
f/k/a ALLIANCE MACHINES
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808,

      and

**ROCKWELL AUTOMATION, INC.**
1201 S. 2nd Street
Milwaukee, WI 53204,

      and

**RSCC WIRE & CABLE, LLC.**
20 Bradley Park Road

11

East Granby, CT 06082,                                    :
                                                          :
            and                                           :
                                                          :
**SCHNEIDER ELECTRIC USA, INC.,**                         :
f/k/a SQUARE D COMPANY                                    :
200 N. Martingale Road, Suite 100                         :
Schaumburg, IL 60173,                                     :
                                                          :
            and                                           :
                                                          :
**SID HARVEY INDUSTRIES, INC.**                           :
605 Locust St.                                            :
Garden City, NY 11530-6531                                :
                                                          :
            and                                           :
                                                          :
**SUPERIOR BOILER WORKS, INC.,**                          :
3524 E. 4th Avenue                                        :
Hutchinson, KS 67501,                                     :
                                                          :
            and                                           :
                                                          :
**TEREX CORPORATION,**                                    :
200 Nyala Farms Road                                      :
Westport, CT 06880,                                       :
                                                          :
            and                                           :
                                                          :
**UNION CARBIDE CORPORATION**                             :
CT Corporation System                                     :
600 N. 2nd Street, Suite 401                         :
Harrisburg, PA 17101,                                     :
                                                          :
            and                                           :
                                                          :
**UNIVERSAL REFRACTORIES**                                :
A Division of Thiem Corporation                           :
Three Rivers Management                                   :
600 River Avenue, Suite 200                               :
Pittsburgh, PA 15212                                      :
                                                          :
            and                                           :
                                                          :
**ECR INTERNATIONAL, INC.,** Individually                 :

12

and as Successor-in-Interest to
**UTICA BOILERS,**
2201 Dwyer Avenue
Utica, NY 13501

     and

**VIKING PUMP, INC.,**
CT Corporation
Corporation Trust Center
1209 N. Orange St.,
Wilmington, DE 19801,

     and

**WARREN PUMPS, LLC,**
CT Corporation
155 Federal Street
Suite 700
Boston, MA 02110

     and

**MARLEY-WYLAIN COMPANY, LLC,**
f/k/a Weil-McLain
500 Blaine Street
Michigan City, IN 46360-2388,

     and

**ZURN INDUSTRIES, LLC**
CT Corporation
Corporation Trust Center
1209 N. Orange Street
Wilmington, DE 19801

     Defendants.

RECEIVED
OFFICE OF
PROTHONOTARY
2022 MAR 21  PM 3:54
DAUPHIN COUNTY
PENNA.

## **COMPLAINT**

    AND NOW come, Plaintiffs, Earl and Kathryn Heilner by and through their attorneys,

the Law Offices of Peter Angelos, P.C., who file this Complaint and in support thereof avers the

following:

13

## I. **THE PARTIES**

1.      Plaintiffs, Earl K. Heilner, Jr. and his wife Kathryn Heilner, (hereinafter "Plaintiffs") are adult individuals residing at 763 S. Humer St., Enola, PA 17025.

2.      The defendants are:

a. Advanced Thermal Hydronics, LLC., f/k/a Reed Financial, Inc., Individually and as Successor in Interest to The Hydrotherm Corporation, with a registered agent at Cogency Global, Inc., 850 New Burton Road, Suite 201, Dover, Delaware 19904.

b. American Premier Underwriters, Individually and Successor-in-Interest to Hydrotherm Corp., with a service address at CT Corporation 1515 Market Street, Philadelphia, PA 19102.

c. Air & Liquid Systems Corporation, as successor-by-merger to Buffalo Pumps, c/o Corporation Service Company, 2595 Interstate Dr., Suite 103, Harrisburg, Pennsylvania 17110.

d. A.O. Smith Corporation, The Prentice-Hall Corporation System, Inc., 251 Little Falls Dr., Wilmington, Delaware 19808.

e. Aurora Pump Company, n/k/a Pentair, Inc., Aurora Pump, 5500 Wayzata Blvd., Suite 600, Minneapolis, MN 55416.

f. Automation Industries, Inc., individually and as successor to Hydrotherm, Inc., CT Corporation, Corporation Trust Center, 1209 N. Orange St., Wilmington, DE 19801.

g. Bayer CropScience, Inc., f/k/a Amchem Products, Inc., Corporation Service Company, 80 State Street, Albany, NY 12207-2543.

h. Brand Insulations, Inc., CT Corporation System, 600 N. 2nd Street, Suite 401, Harrisburg, Pennsylvania 17101.

14

i. Burnham, LLC, Successor-by-Merger and f/k/a Burnham Corp., 1239 Harrisburg Pike, Lancaster, Pennsylvania 17603.

j. Carrier Corporation, United Agent Group, 3411 Silverside Rd., Tatnall Building #104, Wilmington, DE 19810.

k. CBS Corporation, a Delaware corporation, formerly known as Viacom Inc., successor-by-merger to CBS Corporation, a Pennsylvania corporation, formerly known as Westinghouse Electric Corporation, with a service address of c/o Asbestos Litigation Support Manager, Eckert Seamans Cherin & Mellott, LLC, Case Management and Technology Center, 600 Grant Street, 45th Floor, Pittsburgh, Pennsylvania 15219.

l. Cleaver Brooks, Inc., with a service address of c/o Corporation Service Company, 2595 Interstate Drive, Harrisburg, Pennsylvania 17110.

m. Columbus McKinnon Corporation, with an address of ATTN: Legal Department, 205 Crosspoint Parkway, Getzville, NY 14068.

n. CompuDyne, LLC, f/k/a CompuDyne Corp., successor to York Shipley, Inc., 112 North Curry Street, Carson City, NV 89703.

o. Cooper Industries, LLC, individually and as successor- in-interest to Crouse Hinds Co., CT Corporation, Corporation Trust Center, 1209 N. Orange St., Wilmington, DE 19801.

p. Corning, Inc. on behalf of its former Corhart Refractories Business Division, c/o Corporation Service Company, 2595 Interstate Drive, Suite 103, Harrisburg, PA 17110.

q. Crane Company, located at 100 First Stamford Place, Stamford, Connecticut 06902.

r. DAP Products, with a service address of 2400 Boston Street, Baltimore, MD 21224.

s. Dynatherm Boiler Manufacturing, Inc., a/k/a Bethlehem Dynatherm, 43 E. Cherry Road, Quakertown, PA 18951.

t. Eaton Corporation, as successor- in-interest to Cutler-Hammer, Inc., now doing business as Eaton Electrical, Inc., with a service address of c/o CT Corporation System, 600 North 2nd Street, Suite 401, Harrisburg, Pennsylvania 17101.

u. Easco Boiler Corp., f/k/a Federal Boilers, 1175 Leggett Ave. Bronx, NY 10474.

v. Flexible Technologies, Inc., f/k/a Automation Industries, Individually and as successor to Hydrotherm, CT Corporation, Corporation Trust Center, 1209 N. Orange Street, Wilmington, DE 19801.

w. FMC Corporation, individually and as successor in interest to Stearns electric Corporation, Link-Belt Company/Construction Equipment Group, CT Corporation, Corporation Trust Center, 1209 N. Orange St., Wilmington, DE 19801.

x. Foseco, Inc., CT Corporation, Corporation Trust Center, 1209 N. Orange St., Wilmington, DE 19801.

y. Foster Wheeler L.L.C., survivor to a merger with Foster-Wheeler Corporation with its main office at 53 Frontage Road, P.O. Box 9000, Hampton, New Jersey 08827-9000.

z. General Electric Company, CT Corporation System, 155 Federal Street, Suite 700, Boston, MA 02110.

aa. Goodrich Corporation, f/k/a The B.F. Goodrich Company, 2730 W. Tyvola Road, Charlotte, NC 28217.

16

bb. The Goodyear Tire & Rubber Company, Corporation Service Company, 251 Little Falls Drive, Wilmington, Delaware 19808.

cc. Goulds Pumps, LLC, f/k/a Goulds Pumps, Inc., CT Corporation, Corporation Trust Center, 1209 N. Orange St., Wilmington, DE 19801.

dd. Greene, Tweed & Company, Inc., c/o Greene Tweed NC, LLC, 201 S. Tryon St., Suite 950, Charlotte, NC 28202.

ee. GTE Operations Support, Inc., Successor in Interest to GTE Products of Connecticut Corporation, o/b/o Clark Controller Company, CT Corporation, 1209 N. Orange St., Wilmington, DE 19801.

ff. Hajoca Corporation, c/o Corporation Service Company, 2595 Interstate Drive, Suite 103, Harrisburg, PA 17110.

gg. HB Fuller Company, with a service address of 1200 Willow Lake Boulevard, P.O. Box 64683, St. Paul, Minnesota 55164-0683.

hh. HB Smith Company, Inc., a Division of Mestek, Inc., 47 Westfield Industrial Park Rd., Westfield, MA 01085.

ii. Hobart Brothers Company, located at 400 Trade Square E, Troy, Ohio 45373.

jj. Honeywell, Inc., with a service address of 251 Little Falls Dr., Wilmington, DE 19808.

kk. Honeywell International, Inc., successor to Allied Signal, Inc., successor to Bendix Corporation, Corporation Service Co., 251 Little Falls Dr., Wilmington, DE 19808.

ll. IMO Industries, Inc., individually and as parent company of and/or as successor to DeLaval Pump & Steam Turbine Company, CT Corporation, Corporation Trust Center, 1209 N. Orange Street, Wilmington, DE 19801.

mm. Industrial Holdings Corporation, formerly known as Carborundum Company, c/o Prentice Hall Corporation, 80 State St., Albany, NY 12207.

nn.  J.H. France Refractories Company, c/o Alan Parker, President, Special Claims Services, Inc., 790 Fairgrounds Rd., Suite 100, Mount Vernon, Ohio 43050.

oo. John Crane, Inc., formerly known as Crane Packing Company, c/o CT Corporation System, 600 N. 2nd Street, Suite 408, Harrisburg, PA 17101.

pp. The John Wood Company, LLC, Corporation Service Co., 251 Little Falls Dr., Wilmington, DE 19808.

qq. Keeler/Dorr-Oliver Boiler Company, Inc., 1201 North Market Street, Suite 900, Wilmington, Delaware 19801.

rr.  Kerite LLC, Corporation Service Co., 251 Little Falls Dr., Wilmington, DE 19808.

ss. The Lincoln Electric Company located at 22801 St. Clair Avenue, Cleveland, Ohio 44117.

tt. Linde, LLC, f/k/a The BOC Group, Inc., located at 200 Somerset Corporate Boulevard, Suite 7000, Bridgewater, New Jersey 08807.

uu. Lockheed Martin Corporation, formerly known as Martin Marietta Corporation, headquartered at 6801 Rockledge Drive, Bethesda, Maryland 20817.

vv. Martin Marietta Materials, Inc., located at 2710 Wycliff Road, Raleigh, North Carolina 27607.

ww. McCormick Asbestos Company, also known as MCIC, Remaining Director Trustees, Louis E. Grenzer, Jr., Bodie, Dolina, Hobbs, Friddell & Grenzer, P.C., 305 Washington Avenue, Suite 300, Towson, Maryland 21204.

xx.  Mestek, Inc., Individually and as successor in interest to Hydrotherm, Inc., located at 260 North Elm Street, Westfield, Massachusetts 01085.

yy. Metropolitan Life Insurance Company, with a service address of c/o CT Corporation System, 600 North 2nd Street, Suite 401, Harrisburg, Pennsylvania 17101.

zz. Mobil Corporation, parent of Mobil Oil Corporation, with its corporate headquarters located at 5959 Las Colinas Boulevard, Irving, Texas 75039.

aaa. Morgan Engineering, formerly known as Morgan Crane, located at 1049 South Mahoning Avenue, Alliance, Ohio 445601.

bbb. The Okonite Company, located at P.O. Box 340, 102 Hilltop Road, Ramsey, New Jersey 07446.

ccc. Pecora Corporation, 165 Wambold Road, Harleysville, PA 19438.

ddd. Pfizer, Inc., 235 East 42nd Street, New York, New York 10017.

eee. Pollock Research & Design, Inc., f/k/a Reading Crane & Engineering, c/o Alan Gries, Director, Gibbons, PC, One Logan Square, Suite 1210, Philadelphia, PA 19103.

fff. Reed Financial Corp., n/k/a Advanced Thermal Hydronics, LLC., as Successor to The Hydrotherm Corporation, Delaware Trust Company, 900 Market Street, Wilmington, Delaware 19801.

ggg. Reunion Industries, Inc., formerly known as Alliance Machines, with an address of Corporation Service Company, 251 Little Falls Dr., Wilmington, DE 19808.

hhh. Rockwell Automation, Inc., 1201 S. 2nd Street, Milwaukee, WI 53204.

iii. RSCC Wire & Cable, LLC, located at 20 Bradley Park Road, East Granby, Connecticut 06082.

jjj. Schneider Electric, USA, Inc., f/k/a Square D Company, located at 200 N.

19

Martingale Road, Suite 100, Schaumburg, IL 60173.

kkk. Sid Harvey Industries, Inc., 605 Locust St., Garden City, NY 11530-6531.

lll. Superior Boiler Works, Inc., located at 3524 E. 4th Ave., Hutchinson, KS 67501.

mmm. Terex Corporation, located at 200 Nyala Farms Road, Westport, CT 06880.

nnn. Union Carbide Corporation, with a service address of CT Corporation System, 600 North 2nd Street, Suite 401, Harrisburg, Pennsylvania 17101.

ooo. Universal Refractories, a division of Thiem Corporation, Three Rivers Management, 600 River Ave., Suite 200, Pittsburgh, PA 15212.

ppp. ECR International, Inc., Individually, and as successor-in-interest to Utica Boilers, 2201 Dwyer Ave., Utica, NY 13501.

qqq. Viking Pump, Inc., a/k/a Viking Pump-Houdaille, Inc., CT Corporation, Corporation Trust Center, 1209 N. Orange St., Wilmington, DE 19801.

rrr. Warren Pumps, LLC, CT Corporation, 155 Federal St., Suite 700, Boston, MA 02110.

sss. Marley-Wylain Co., LLC, f/k/a Weil-McClain, 500 Blaine Street, Michigan City, IN 46360-2388

ttt. Zurn Industries, LLC., CT Corporation, Corporation Trust Center, 1209 N. Orange Street, Wilmington, DE 19801.

3.      Plaintiffs would also name as defendants the Johns-Manville Corporation, the Johns Manville Sales Corporation, A.P. Green, ACandS, Inc., Babcock & Wilcox, Baldwin Ehret Hill, UNARCO, Amatex Corporation, Forty Eight Insulators Incorporated, Wallace and Gale

Company, Flintkote, Nicolet Industries, Pacor, Inc., Raymark Industries Inc., Raymark Corporation and Raytech, DI Distributors Inc. f/k/a Delaware Insulation Company, Inc., Carey Canada, CertainTeed Corporation, Celotex Corporation, Eagle Picher Industries, Inc., Keene Corporation, Rock Wool Manufacturing Co., H.K. Porter Company, Inc., Pittsburgh Corning Corporation, Asbestos Claims Management Corporation f/k/a National Gypsum, GI Holdings, Inc. f/k/a GAF Corporation, Congoleum Corporation, Owens Corning, Fibreboard Corporation, Armstrong World Industries, Inc., W.R. Grace & Co. - Conn., United States Gypsum Company, U.S. Mineral Products, T&N Plc., AC&S, Inc., Chrysler LLC, f/k/a Daimler Chrysler Corporation, General Motors Corporation, Durabla Mfg. Company, Chesterton Manufacturing Co., Garlock Incorporated, Garlock Sealing Technologies, The Anchor Packing Company, Leslie Controls, Inc., Standco Industries, Inc. f/k/a Standard Brake Lining individually and as successor-in-interest to Sterling Packing and Gasket Company, Inc., and Bondex International, Inc.; George V. Hamilton, Inc; Georgia- Pacific, Kaiser Gypsum, Ferro Engineering Division of ON Marine Services Company, LLC; Owens Illinois, Inc., f/k/a Owens-Illinois Glass Co.; Sears Roebuck; Maremont Corporation; Dana Corporation; Ingersoll-Rand Co; Trane Company; Aldrich Pump, LLC; Murray Boiler, LLC; American Standard, Inc.; OakFabco, Inc.; and General Refractories. However, each of these potential defendants has filed for relief or been forced into involuntary bankruptcy under Chapter 11 of the Bankruptcy Code and, pursuant to 11 U.S.C. Section 362, the institution of actions against these companies is stayed.  Plaintiff would have brought suit against the companies enumerated in this paragraph but for the automatic stay.

## II. **ALLEGATIONS RELATING TO ALL DEFENDANTS**

4.   At all times, relevant hereto, the defendant corporations acted through their duly authorized agents, servants, and employees, who were then in the course and scope of their

employment and in furtherance of the business of said corporations and who caused asbestos products, and/or products requiring and/or incorporating the use of asbestos, to be sold and placed in the stream of commerce.

5.   Each of the Defendants was or is engaged in the business of manufacturing, and/or distributing, and/or constructing, and/or supplying or selling asbestos and asbestos-containing products, and/or products requiring and/or incorporating the use of asbestos, and/or other fibrogenic and carcinogenic materials.

6.   Each of the Defendants, at pertinent times hereto, has, or is, transacting business in Dauphin County, Pennsylvania.

### III.  PLAINTIFF'S WORK/ASBESTOS EXPOSURE HISTORY

7.   Plaintiff, Earl Heilner, Jr. served in the Navy and was employed as an insulator and asbestos worker and incurred injurious exposure to asbestos dust and fibers while in the Navy and by the various employers at numerous job sites throughout Pennsylvania from approximately 1960 to the late 1980s.

8.   At all times from 1969 to the late 1980s, Plaintiff was a member of the Local 23 asbestos workers and insulators union in Harrisburg, Pennsylvania.

9.   From 1960 through December 31, 1964, Plaintiff Earl Heilner, Jr. served in the United States Navy on board the USS Wasp and the USS Lake Champlain.

10. From 1969 through 2001, Plaintiff, as a skilled insulator and member of the Local 23, worked for numerous employers at various job sites, including, but not limited to:

a.  AC and S, Inc., of Lancaster, Pennsylvania at numerous locations including but not limited to: Brunner's Island Power Plant, York Haven, Pennsylvania; Three Mile Island Power Plant, Middletown, Pennsylvania; Washingtonville/Montour Powerhouse,

Washingtonville, Pennsylvania; Martin's Creek Power Plant, Bangor, Pennsylvania; Shamokin

Dam, aka, Sunbury Generation, L.P. in Sunbury, PA; Peach Bottom Nuclear Powerhouse, Delta,

PA; Berwick Nuclear Powerhouse; Portland Powerhouse, Portland, PA, State Police Academy

Hershey, PA; and numerous other locations throughout Pennsylvania, New Jersey, and Ohio.

       b.   Numerous other employers at various locations including but not limited to:

Brunner's Island Power Plant, York Haven, Pennsylvania; Three Mile Island Nuclear Power

Plant, Middletown, Pennsylvania; Washingtonville/Montour Powerhouse, Washingtonville,

Pennsylvania; Martin's Creek Power Plant, Bangor, Pennsylvania; Shamokin Dam, aka, Sunbury

Generation, L.P. in Sunbury, PA; Portland Powerhouse, Portland, PA; Peach Bottom Nuclear

Powerhouse, Delta, PA; Bruce Mansfield Power Plant, Alquippa, PA; US Steel, Clairton Works,

Clairton, PA; Pfizer facility Easton, PA; Bethlehem Steel, Bethlehem, PA; Hammermill

Papermill, Lock Haven, PA; Hanover Foods, Hanover, PA; Armstrong World Industries,

Lancaster/Manheim, PA;  Hershey Foods, Hershey, PA; Medusa Cement factory, York, PA; and

numerous other jobsites throughout Pennsylvania, Maryland, and Ohio.

       c.  For Brand Insulation at numerous jobsites throughout Pennsylvania including

but not limited to: Brunner's Island Power Plant, Three Mile Island Nuclear Powerplant, Peach

Bottom Nuclear Powerplant,  and various other jobsites.

       d.  For Keene Insulation at numerous jobsites throughout Pennsylvania including

but not limited to: Three Mile Island Nuclear Powerplant, and various other jobsites.

    10.     On a regular and/or frequent basis from 1960 through the 1990s, Plaintiff was

exposed to asbestos dust and fibers from the defendant corporations during his work at the

aforementioned job sites, and others throughout Pennsylvania.

## IV.  **PRODUCT IDENTIFICATION**

11.   The asbestos-containing products, and/or products requiring and/or incorporating the use of asbestos, which were manufactured and/or distributed, and/or constructed, and/or supplied by the Defendants, and each of them, to which Plaintiff was exposed from 1964 to the 1980s are as follows:

a. Defendant, Advanced Thermal Hydronics, LLC., f/k/a Reed Financial, Inc., is responsible for The Hydrotherm Corporation, which manufactured, distributed, constructed, and/or supplied various asbestos products including but not limited to boilers and other containers which either came pre-packaged with asbestos products or required the installation of various asbestos products in their specifications such as fire brick, tape, insulation, cement, and rope.

b. Defendant, American Premier Underwriters, is responsible for Hydrotherm Corporation, which manufactured, distributed, constructed, and/or supplied various asbestos products including but not limited to boilers and other containers which either came pre-packaged with asbestos products or required the installation of various asbestos products in their specifications such as fire brick, tape, insulation, cement, and rope.

c. Defendant Air & Liquid Systems Corporation, successor-by-merger to Buffalo Pumps manufactured, distributed, constructed, and/or supplied pumps and other equipment which required and/or incorporated the use of asbestos-containing gaskets and packing.

d. Defendant A.O. Smith Corporation manufactured, distributed, constructed, and/or supplied various asbestos products including, but not limited to, boilers and other containers which either came pre-packaged with asbestos products or required the installation of

24

various asbestos products in their specifications, such as asbestos fire brick, cement and rope.

e. Defendant Aurora Pump Company manufactured, distributed, constructed, and/or supplied pumps and other equipment which required and/or incorporated the use of asbestos-containing gaskets and packing.

f. Automation Industries, Inc., individually and as successor to Hydrotherm, Inc., is responsible for Hydrotherm, Inc., which manufactured, distributed, constructed, and/or supplied various asbestos products including but not limited to boilers and other containers which either came pre-packaged with asbestos products or required the installation of various asbestos products in their specifications such as fire brick, tape, insulation, cement, and rope.

g. Defendant Bayer CropScience, Inc., formerly known as Amchem Products, Inc. manufactured, distributed, constructed, and/or supplied asbestos mastic.

h. Defendant Brand Insulations, Inc., was an insulation contractor that supplied and applied asbestos containing insulation, packing, and other products on numerous job sites where Plaintiff was employed and in fact, employed Mr. Heilner at several jobsites.

i. Defendant Burnham, LLC, Successor-by-Merger and f/k/a, Burnham Corp., manufactured, distributed, constructed, and/or supplied various asbestos products including, but not limited to, boilers and other containers which either came pre-packaged with asbestos products or required the installation of various asbestos products in their specifications, such as asbestos fire brick, cement and rope.

j. Defendant Carrier Corporation, manufactured, distributed, constructed, and/or supplied various asbestos products including, but not limited to, boilers and other containers which either came pre-packaged with asbestos products or required the installation of various asbestos products in their specifications, such as asbestos fire brick, cement and rope.

k. Defendant CBS Corporation, formerly known as Westinghouse Electric Corporation manufactured, distributed, constructed, and/or supplied various products including, but not limited to, electrical products, wire, gaskets, valves, packing, brakes, machinery, vessels and turbines, all of which either contained asbestos or required the installation of asbestos.

l. Defendant Cleaver Brooks, Inc manufactured, distributed, constructed, and/or supplied boilers, which were designed or intended to be insulated with asbestos.

m. Defendant Columbus McKinnon Corporation manufactured, distributed, constructed, and/or supplied asbestos-containing hoists, actuators, cranes, and lifting and rigging tools.

n. Defendant CompuDyne, LLC, f/k/a CompuDyne Corp., is responsible for York Shipley, Inc. products which manufactured, distributed, constructed, and/or supplied various asbestos products including, but not limited to, boilers and other containers which either came pre-packaged with asbestos products or required the installation of various asbestos products in their specifications, such as asbestos fire brick, cement and rope.

o. Defendant Cooper Industries LLC, successor-in-interest to Crouse Hinds Co. manufactured, distributed, constructed, and/or supplied various asbestos-containing construction machinery and equipment which incorporated the use of asbestos components including, but not limited to, brake pads and/or bands as well as asbestos containing explosion proof fitting and/or packing under the name Chico X.

p. Corhart Refractories Co., this company is liable for various asbestos-containing refractory products and other products including, but not limited to, asbestos-containing cement, block and brick.

q. Defendant Crane Company: manufactured, and/or distributed, and/or

constructed, and/or supplied asbestos-containing valves as well as being responsible for products supplied by Pacific Steel Boilers, which manufactured, and/or distributed, and/or, constructed, and/or supplied various asbestos products including, but not limited to, boilers and other containers which either came pre-packaged with asbestos products or required the installation of various asbestos products in their specifications, such as asbestos fire brick, cement and rope.

r. Defendant DAP Products, manufactured, distributed, and/or sold numerous asbestos-containing products including, but not limited to, Tharco boiler putty, joint compound, powder, paste, readimix, dry mix, caulk, and/or insulating cement.

s. Dynatherm Boiler Manufacturing, Inc., a/k/a Bethlehem Dynatherm, manufactured, distributed, constructed, and/or supplied various asbestos products including but not limited to boilers and other containers which either came pre-packaged with asbestos products or required the installation of various asbestos products in their specifications, such as asbestos fire brick, tape, insulation, cement, and rope.

t. Defendant Eaton Corporation, successor-in-interest to Cutler-Hammer, Inc., now known as Eaton Electrical, Inc. manufactured, distributed, constructed, and/or supplied various asbestos-containing products including, but not limited to, brakes, arc shields, breaker boxes, fuses, panels, and wire under the Cutler-Hammer brand or trade name.

u. Defendant Easco Boiler Corp., formerly known as Federal Boilers, manufactured, distributed, constructed, and/or supplied various asbestos products including, but not limited to, boilers and other containers which either came pre-packaged with asbestos products or required the installation of various asbestos products in their specifications, such as asbestos fire brick, cement and rope.

v. Flexible Technologies, Inc., f/k/a Automation Industries, Individually and as

Successor to Hydrotherm, Inc., is responsible for Hydrotherm, Inc., which manufactured, distributed, constructed, and/or supplied various asbestos products including but not limited to boilers and other containers which either came pre-packaged with asbestos products or required the installation of various asbestos products in their specifications such as fire brick, tape, and insulation, cement, and rope.

w. Defendant FMC Corporation, manufactured, distributed, constructed, sold, and/or supplied pumps, cranes, excavators, industrial brakes and clutches that contained asbestos-containing components including asbestos packing, gaskets, friction disks, brake linings, and clutch facing.  This defendant is successor in interest to and liable for Stearns Electric corporation products which manufactured industrial electric brakes with asbestos containing friction disks. Additionally, this defendant is successor in interest and liable for Link-Belt Company/Construction Equipment Group which manufactured, supplied, constructed, or sold cranes, excavators and other industrial equipment that utilized asbestos-containing component parts including brakes, brake linings, and clutch facings.  Further, FMC Corporation is the successor in interest and manufacturer and/or supplier of various pumps under the names "Northern" and "Peerless" which utilized asbestos-containing component parts including packing, insulation, gaskets, and valves.

x. Defendant Foseco, Inc. manufactured, distributed and/or sold numerous asbestos-containing products under the brand name "Foseco" including, but not limited to, heat/mold liners, tops, sleeves, powder, and hot tops.

y. Defendant Foster Wheeler manufactured, distributed, constructed, and/or supplied various asbestos products including, but not limited to, boilers and other containers which either came pre-packaged with asbestos products or required the installation of various

asbestos products in their specifications, such as asbestos fire brick, cement, insulation, and rope. Also, supplied various types of asbestos-containing block and cement under various brand or trade names including, but not limited to, Forty-Eight Insulation and Webers.

z. Defendant General Electric Company manufactured, distributed, constructed, and/or supplied various asbestos-containing products including, but not limited to, electrical products; brakes; wire; motors; vessels and turbines which specified the installation of asbestos-containing products.

aa. Defendant Goodrich Corporation, f/k/a The B.F. Goodrich Company: manufactured, and/or distributed, and/or constructed, and/or supplied vinyl asbestos floor tile, including "Koroseal," sheet packing gaskets, adhesives, and manufactured Cranite sheet gaskets for Crane Company.

bb. Defendant The Goodyear Tire & Rubber Company manufactured, distributed, constructed, and/or supplied various gasketing material including, but not limited to, sheet gasket material.

cc. Defendant Goulds Pumps, LLC, manufactured, distributed, constructed, and/or supplied pumps and other equipment which required and/or incorporated the use of asbestos-containing insulation, gaskets, and packing.

dd. Defendant Greene, Tweed & Company, Inc. and/or its predecessors and/or its subsidiaries manufactured, distributed, constructed, and/or supplied, among other products, asbestos-containing packing and gaskets and other asbestos-containing products.

ee. Defendant GTE Operations Support, Inc., as successor in interest to GTE Products of Connecticut Corporation manufactured, distributed, and/or sold various asbestos-containing products and brakes under the Clark brand or trade name.

ff. Defendant Hajoca Corporation, was a supplier of various asbestos-containing products to include but not limited to asbestos-containing protective clothing, packaged or bagged asbestos, asbestos products and compounds, gaskets and packing, asbestos paper rolls, asbestos cement, fire felt, millboard, joint runners, pipe covering, rollboard, rope, sheet packing, wick packing, fibre coating, joint cement, furnace cement, firebrick, block insulation, valves, discs, steam trap and cord.

gg.  Defendant HB Fuller Company manufactured, distributed, constructed, and/or supplied asbestos-containing products including, but not limited to, Foster Mastic and C.I. Mastic.

hh.  Defendant HB Smith Company, Inc., a Division of Mestek, Inc., manufactured, distributed, constructed, and/or supplied various asbestos products including, but not limited to, boilers, asbestos containing rope, wick, insulating cement, furnace cement, fill and millboard for use during installation of its boilers.

ii.  Defendant Hobart Brothers Company manufactured, distributed, and/or supplied asbestos-containing welding rods.

jj. Defendant, Honeywell, Inc., manufactured, produced and sold asbestos products, either directly or indirectly, in the geographical area in which Plaintiff worked, asbestos products, including but not limited to asbestos containing valves.

kk. Defendant Honeywell International, Successor to Allied Signal, Inc., and successor to Bendix Corporation manufactured, produced, distributed, and/or supplied numerous asbestos-containing products including, but not limited to, asbestos-containing brake shoes, linings, pads, blocks, and other asbestos-containing friction products.

ll. Defendant IMO Industries, Inc., individually and as parent company of,

and/or as successor to, DeLaval Pump & Steam Turbine Company manufactured, distributed, constructed, and/or supplied various asbestos containing products including, but not limited to, turbines, pumps and other equipment which either came pre-packaged with asbestos products or required the installation of various asbestos products in their specifications, such as thermal insulation, cement, gaskets, packing, and rope.

   mm.   Defendant Industrial Holdings Corporation, f/k/a Carborundum Company, manufactured, distributed, and/or supplied asbestos-containing and/or asbestos-coated grinding and cutting wheels under the name Carborundum.

   nn. Defendant J.H. France Refractories Company manufactured, distributed, constructed, and/or supplied asbestos insulation and refractories under the name "Franco Therm," in addition to many asbestos-containing products such as millboard, rope, and insulating board.

   oo.   Defendant John Crane, Inc., formerly known as Crane Packing Company manufactured, distributed, and/or supplied various asbestos-containing products including, but not limited to, gaskets, valves, rope packing, and sheet packing.

   pp.   Defendant the John Wood Company LLC manufactured, distributed, constructed, and/or supplied various asbestos containing products including, but not limited to, boilers and other containers which either came pre-packaged with asbestos products or required the installation of various asbestos products in their specifications, such as asbestos fire brick, cement, insulation, and rope.

   qq. Defendant Keeler/Dorr-Oliver Boiler Company manufactured, and/or distributed, and/or constructed, and/or supplied various asbestos products including, but not limited to, boilers (including those under the Keeler brand name) and other containers which

either came pre-packaged with asbestos products or required the installation of various asbestos-containing products in their specifications, such as asbestos fire brick, cement, and rope.

rr.  Defendant Kerite LLC manufactured, distributed, and/or supplied asbestos-containing wire and cable products designed to conduct electrical current.

ss.  Defendant The Lincoln Electric Company manufactured, distributed, and/or supplied asbestos-containing welding rods.

tt. Defendant Linde, LLC manufactured, distributed, constructed, and/or supplied various asbestos products including, but not limited to, boilers and other containers or equipment and construction machinery which either came pre-packaged with asbestos products or required the installation of various asbestos-containing products in their specifications, such as asbestos fire brick, cement, and rope, or brakes and brake bands.

uu.  Defendant Lockheed Martin Corporation manufactured, distributed, and/or supplied various asbestos-containing fireproofing, and/or compound and coating products, and/or equipment requiring the use of such asbestos-containing products.  In addition, this Defendant manufactured, and/or distributed, and/or supplied, and/or sold asbestos-containing Dum-Dum caulk/cement, adhesives and roof coatings.

vv. Defendant Martin Marietta Materials, Inc. manufactured, distributed, and/or supplied various asbestos-containing fireproofing, and/or compound and coating products, and/or equipment requiring the use of such asbestos-containing products.

ww.  Defendant McCormick Asbestos Company, also known as MCIC manufactured, and/or distributed, and/or constructed, and/or supplied various asbestos-containing products including, but not limited to, spray-applied asbestos plaster and fireproofing.

xx. Defendant Mestek, Inc., is responsible for Hydrotherm, Inc., which

32

manufactured, distributed, constructed, and/or supplied various asbestos products including, but not limited to, boilers and other containers which either came pre-packaged with asbestos products or required the installation of various asbestos products in their specifications, such as asbestos fire brick, cement, packing, gaskets, valves, tape, insulation, and rope.

yy. Defendant Metropolitan Life Insurance Company in conjunction with various asbestos product manufacturers, distributors, and miners, this Defendant, individually and as agent for asbestos product manufacturers, distributors and miners, aided, abetted, encouraged, counseled, assisted, agreed, and conspired with asbestos product manufacturers, distributors and miners to injure Plaintiffs by, among other things, providing funding for a study that revealed Canadian asbestos miners suffered from asbestosis and by materially misrepresenting that known fact, and in various other ways concealing information and otherwise preventing workers and responsible authorities from learning of the health hazards posed by exposure to asbestos dust and fibers.

zz. Defendant Mobil Corporation manufactured, distributed, supplied, and/or sold asbestos-containing Dum-Dum caulk/cement, adhesives, and roof coatings.

aaa.  Defendant Morgan Engineering manufactured, distributed, constructed, and/or sold various asbestos-containing products including, but not limited to, overhead cranes and other machinery which either came prepackaged with asbestos products or required the installation of various asbestos products in the specifications, such as asbestos brakes.

bbb. Defendant The Okonite Company manufactured, supplied, and/or distributed AVA and AVL asbestos-containing wire and cable used in industrial applications.

ccc. Defendant Pecora Corporation manufactured, distributed, and/or supplied numerous asbestos-containing products, including, but not limited to, asbestos furnace

33

cement, refractory cement, pipe joint compound, architectural caulk, gun caulking compound

(known as Red Devil Caulking Compound), and Weathercaulk, mirror mastic, and putty.

ddd. Defendant Pfizer, Inc.: Kilnoise plastering and drywall products, and various

products under the Quigley name including, but not limited to, Insulag, Insuline, and Panelag

Hot Top materials, sold as an apparent manufacturer.

eee. Defendant Pollock Research & Design, Inc. f/k/a Reading Crane &

Engineering manufactured, distributed, constructed, and/or supplied various asbestos-containing

products including, but not limited to, overhead cranes and other machinery which either came

prepackaged with asbestos products or required the installation of various asbestos products in

the specifications, such as asbestos brakes.

fff. Reed Financial Corp., n/k/a Advanced Thermal Hydronics, LLC., is

responsible for The Hydrotherm Corporation, which manufactured, distributed, constructed,

and/or supplied various asbestos products including but not limited to boilers and other

containers which either came pre-packaged with asbestos products or required the installation of

various asbestos products in their specifications such as fire brick, tape, insulation, cement, and

rope.

ggg.   Defendant Reunion Industries, Inc. manufactured, and/or distributed,

and/or constructed, and/or sold various asbestos-containing products including, but not limited

to, overhead cranes and other machinery which either came prepackaged with asbestos products

or required the installation of various asbestos products in the specifications such as asbestos

brakes.

hhh. Defendant Rockwell Automation, Inc., individually and as successor in

interest to Allen Bradley, is responsible for manufacturing, various asbestos-containing electrical

products including under the brand name Allen Bradley.

iii. Defendant RSCC Wire & Cable, Inc. manufactured, distributed, and/or supplied various asbestos-containing electrical products under the manufacturer and/or brand names of Rockbestos, Cerro, A.V.C., Mosistemp, and Hi-Temp.

jjj. Defendant Schneider Electric, formerly known as Square D Company manufactured, and/or distributed, and/or constructed, and/or supplied various asbestos-containing products including, but not limited to electrical products and brakes under the Square D and/or E C & M brand or trade names.

kkk. Defendant Sid Harvey Industries, Inc. is a supplier of asbestos-containing and/or asbestos-specifying products used in the heating, plumbing, ventilation, and air conditioning industry, and such products included but were not limited to protective clothing, packaged or bagged asbestos, asbestos paper, rope, packing, fire felt, millboard, joint runners, joint cement, pipe covering, rollboard, asbestos cement, gaskets, sheet packing, block insulation, fire brick, valves, discs, cord, and refractory materials, insulation, and equipment for use with boilers and furnaces.

lll. Defendant Superior Boiler Works, Inc. manufactured, and/or distributed, and/or constructed, and/or supplied various asbestos containing products including, but not limited to, boilers and other containers which either came pre-packaged with asbestos products or required the installation of various asbestos-containing products in their specifications, such as asbestos fire brick, cement, insulation, packing, and rope.

mmm. Defendant Terex Corporation - individually and through its predecessor, American Crane and Lorain Crane, manufactured, constructed, sold, and /or distributed various equipment and machinery, including but not limited to cranes, which incorporated and / or

required the use of asbestos- containing products including, but not limited to, brakes, brake pads and clutches, for their normal use.

      nnn. Defendant Union Carbide Corporation: various asbestos-containing products including, but not limited to, "Bakelite," asbestos-containing brake shoes, linings, blocks, pads, and other asbestos-containing friction products.  In addition, this defendant was a distributor, and/or supplier, and/or seller of asbestos fibre, milled asbestos, processed asbestos, and packaged or bagged asbestos including under the name "Calidria."  This defendant is also responsible for boilers, pressure vessels, furnaces, and other containers (under various trade names) which incorporated and/or required the use of asbestos containing products including, but not limited to, insulation, packing, rope, cement, valves, gaskets, and firebrick, for their normal use.

      ooo. Defendant Universal Refractories manufactured, distributed, constructed, and/or supplied various refractory products including asbestos-containing block, cement, and brick, including but not limited to asbestos containing fiber boards and linings, tops, and hot tops.

      ppp. Defendant ECR International, Inc., is responsible for Utica Boilers, which manufactured, and/or distributed, and/or constructed, and/or supplied various asbestos containing products including, but not limited to, boilers and other containers which either came pre-packaged with asbestos products or required the installation of various asbestos-containing products in their specifications, such as asbestos fire brick, cement, insulation, packing, gaskets, tape, and rope.

      qqq. Defendant Viking Pump, Inc. manufactured, distributed, and/or supplied pumps and other equipment which required and/or incorporated the use of asbestos containing

gaskets, valves, insulation, rope, and packing.

rrr. Defendant Warren Pumps, LLC manufactured, distributed, and/or supplied pumps and other equipment which required and/or incorporated the use of asbestos-containing gaskets, valves, insulation, rope, and packing.

sss. Defendant The Marley-Wylain Company, formerly known as, Weil – McLain manufactured, distributed and constructed various asbestos products including, but not limited to, boilers and other containers which either came prepackaged with asbestos products or required the installation of various asbestos products in their specifications, such as asbestos fire brick, cement, insulation, packing, valves, gaskets, and rope.

ttt. Defendant Zurn Industries, LLC manufactured, distributed, constructed, and/or supplied various asbestos products including, but not limited to, boilers (including those under the Erie City and Keystone brand names) and other containers which either came prepackaged with asbestos products or required the installation of various asbestos-containing products in their specifications, such as asbestos fire brick, cement, insulation, packing, valves, gaskets, and rope.

## V. <u>NOTICE OF INJURIES</u>

12. Plaintiff Earl Heilner, sustained an asbestos-related injury and was diagnosed with Asbestosis and Lung cancer on or about March 26, 2021.

## VI. <u>CAUSES OF ACTION</u>

### COUNT I
### <u>Product Liability</u>

13. Plaintiffs incorporate by reference the relevant allegations contained in the preceding paragraphs as if fully set forth herein.

14. The Defendants' asbestos products, and/or products requiring and/or incorporating the use of asbestos, were defective in design and/or construction in that they contained harmful, deleterious, carcinogenic, and otherwise inherently and latently dangerous asbestos fibers which unreasonably endangered the life and health of the ultimate users thereof, including Plaintiff. Defendants placed their asbestos products, and/or products requiring and/or incorporating the use of asbestos, on the market knowing that they would be used without inspection for such defects.

15. At the time each of the Defendants manufactured, distributed, and/or supplied and were otherwise in possession of the aforesaid asbestos products, such products were expected to, and did, reach Plaintiff in a condition without substantial change from that in which such products were when within the possession of Defendants.

16. Plaintiff, unaware of the defective and unreasonably dangerous condition of the Defendants' asbestos products, and at a time when such products were being used for the purposes for which they were intended, was exposed in the course of his employment and during his career working as an insulator and asbestos worker, to Defendants' asbestos products.

17. Defendants, and each of them, are therefore strictly liable to Plaintiffs under the Restatement of Torts (Second), Sections 402A and 402B.

18. As a legal, factual, direct, and/or proximate result of the above-described exposure to Defendants' asbestos products, Plaintiff Earl Heilner suffers from lung cancer and related diseases and attendant thereto has a fear of dying as a result thereof, as a direct result of the inhalation of the asbestos fibers manufactured and/or supplied by the Defendants.

19. Plaintiff, suffers physical pain and emotional and mental pain, anxiety and anguish, and lost the ability to enjoy life as he otherwise would if not suffering from lung cancer.

20. As a further legal, factual, direct and/or proximate result of the exposure

38

and injuries described above, Plaintiff was and is in need of medical treatment, and has incurred expenses for medical and hospital care and treatment which is likely to continue.

WHEREFORE, Plaintiffs demand judgment against each and every one of the Defendants for an unspecified amount for compensatory damages and an unspecified amount for punitive damages, plus costs, attorneys' fees and such further relief as may be appropriate.

## COUNT II
### Breach of Implied Warranty

21. Plaintiffs incorporate by reference the relevant allegations contained in the preceding paragraphs as if fully set forth herein.

22. Defendants, and each of them, impliedly warranted that their asbestos products, and/or products requiring and/or incorporating the use of asbestos, were of good and merchantable quality and fit and suitable for the particular use for which said products were intended.

23. The implied warranties of merchantability and suitability were breached in that harmful, poisonous, deleterious, and inherently dangerous asbestos dust and fibers were released into the air and atmosphere at the work sites where Plaintiff carried out his duties using said products.

24. As a legal, factual, direct, and/or proximate result of the breach of the aforementioned warranties, Plaintiff developed lung cancer, without negligence or want of due care on the part of Plaintiff contributing thereto.

WHEREFORE, Plaintiffs demand judgment against each and every one of the Defendants for an unspecified amount for compensatory damages, plus costs, attorneys' fees, and such further relief as may be appropriate.

39

## COUNT III
### Negligence

25. Plaintiffs incorporate by reference the relevant allegations contained in the preceding paragraphs as if fully set forth herein.

26. Defendants, and each of them, knew or in the exercise of reasonable care should have known that persons in the position of the Plaintiff would, through his employment, be required to, and would in fact, come into contact with and work in close proximity to the Defendants' asbestos products, and/or products requiring and/or incorporating the use of asbestos.

27. Defendants, and each of them, knew or in the exercise of reasonable care should have known that their asbestos products were both health-threatening and life-threatening.

28. Defendants, and each of them, negligently and with willful, wanton, reckless and outrageous disregard for the rights and health of Plaintiff and other persons in Plaintiff's position, omitted and failed, *inter alia*:

    a.    To advise Plaintiff of the dangerous characteristics of their asbestos products, and/or products requiring and/or incorporating the use of asbestos;

    b.    To provide Plaintiff with the knowledge as to what would be reasonably safe and sufficient safeguards, including wearing apparel and protective and monitoring equipment, which could have been employed to protect Plaintiff from the harmful exposure to their asbestos products, and/or products requiring and/or incorporating the use of asbestos;

    c.    To place any warnings or, alternatively, adequate warnings, on their asbestos products, and/or products requiring and/or incorporating the use of asbestos, or containers thereof, to advise the users of the products and those exposed thereto of the dangers of the exposure and of breathing asbestos fibers and dust;

40

    d.      To package and contain their asbestos products, and/or products requiring and/or incorporating the use of asbestos, in a manner to lessen or eliminate the inhalation of asbestos fibers during the installation and removal thereof;

    e.      To take reasonable precautions or to exercise reasonable care to publish, and/or adopt, and/or communicate safety plans and safe methods of handling, and/or installing, and/or removing their asbestos products, and/or products requiring and/or incorporating the use of asbestos, and otherwise to recommend methods to improve the work environment;

    f.      To develop and distribute asbestos-free products.

29.  As a legal, factual, direct, and/or proximate result of the negligence and willful, wanton, reckless, and outrageous disregard of the Defendants, and each of them, Plaintiff's decedent developed and died from the aforementioned mesothelioma as a result of his exposure to Defendants' aforementioned asbestos products, without negligence or want of due care on the part of Plaintiff's decedent contributing thereto.

WHEREFORE, Plaintiffs demand judgment against each and every one of the Defendants for an unspecified amount for compensatory damages and an unspecified amount for punitive damages, plus costs, attorneys' fees, and such further relief as may be appropriate.

**COUNT IV**
**Intentional Conduct – Fraudulent Concealment**

30. Plaintiffs incorporate by reference the relevant allegations contained in the preceding paragraphs as if fully set forth herein.

31. At all times relevant hereto, each and every Defendant aided, assisted, and encouraged the distribution and sale of Defendants' products, including those complained of herein, without adequate warnings, other safety precautions, or change in design, by the

participation in, and the utilization of, industry-wide and supported and/or parallel product research and development, exchanges of information, marketing, advertising, promotion, and/or other similar endeavors; all of which such effort inured to the joint and mutual benefit of all such suppliers in the wide and continued distribution, sale and use of Defendants' products.

32. Since a time prior to exposure of Plaintiff to the Defendants' products, Defendants, and each of them, have been possessed with substantial medical and scientific data by which these Defendants clearly knew that their products were, or were likely to become, hazardous to the life, health and safety of a person in the position of Plaintiff who was exposed to their products.

33. The aforementioned medical and scientific data includes a vast list of articles and other documents which established that by 1935 asbestosis was widely recognized as a mortal threat affecting a large fraction of those persons who had regularly worked with asbestos and asbestos products.

34. The aforementioned articles and documents include more than 80 reports printed prior to 1935 in various medical and industry publications. A true and correct list of these articles can be found on pages 40 through 47 of the book entitled "Asbestos: Medical and Legal Aspects" by Barry I. Castleman, Fourth Edition published by Aspen Law & Business, copyright 1996.

35. In addition, the aforementioned articles and documents include more than 100 publications between 1938 and the mid-1950's linking exposure to asbestos with cancer. A true and correct list of these articles and documents can be found on pages 137 through 158 of the aforementioned book by Barry I. Castleman.

36. Defendants, and each of them, became aware, prior to Plaintiff's exposure to their

42

asbestos products, and/or products requiring and/or incorporating the use of asbestos, of a substantial number of these articles and documents and the information and knowledge contained therein.

37. Nevertheless, prompted by pecuniary motives, each of the Defendants individually and collectively failed and intransigently refused:

      a.      To act upon the aforementioned medical and scientific data;

      b.      To warn users of their products and those who worked in close proximity thereto, including Plaintiff, of the health-threatening and life-threatening dangers of exposure to, and the breathing of, asbestos fibers and dust;

      c.      To take such other reasonable precautions necessary to lessen the dangers and potentially lethal and dangerous characteristics of their asbestos products, and/or products requiring and/or incorporating the use of asbestos, upon Plaintiff.

38. Defendants, and each of them, in willful, wanton, reckless, and outrageous disregard for human life and health, deliberately, intentionally, and purposely withheld and concealed the aforementioned medical and scientific information from users, and bystanders of users, of their products, including Plaintiff.

39. Plaintiff, unaware of the dangers of life and health resulting from exposure to Defendants' asbestos products, and/or products requiring and/or incorporating the use of asbestos, and not possessing the degree of technical knowledge and expertise of the Defendants concerning asbestos and its use, continued to work with and around their products and was deprived by the above-described acts and omissions of Defendants of the free and informed opportunity to remove himself from exposure to Defendants' asbestos products, and/or products requiring and/or incorporating the use of asbestos, and otherwise to protect himself and his

family from exposure thereto.

40. The Defendants' fraudulent conduct of concealment, as set forth in the paragraphs above, was a legal, factual, direct, and/or proximate cause of Plaintiff's aforementioned lung cancer, injuries and suffering, and related damages.

WHEREFORE, Plaintiffs demand judgment against each and every one of the Defendants for an unspecified amount for compensatory damages and an unspecified amount for punitive damages, plus costs, attorneys' fees, and such further relief as may be appropriate.

## COUNT V
## Conspiracy

41. Plaintiffs repeat, reiterate and reallege each and every allegation contained in the paragraphs above with the same force and effect as if hereinafter set forth at length.

42. Defendant, Metropolitan Life Insurance Company, is a mutual life insurance company with its principal place of business in New York.  At all relevant times Defendant did business in the State of New Jersey and the Commonwealth of Pennsylvania.

43. Defendant Metropolitan Life Insurance Company, in conjunction with various asbestos product manufacturers, distributors, and miners, individually and as an agent for asbestos product manufacturers, distributors and miners, aided, abetted, encouraged, counseled, assisted, agreed and conspired with asbestos product manufacturers, distributors and miners to injure Plaintiff by, among other things, providing funding for a study that revealed Canadian asbestos miners suffered from asbestosis and by materially misrepresenting that known fact, and in various other ways concealing information and otherwise preventing workers and responsible authorities from learning of the health hazards posed by exposure to asbestos dust and fibers.

WHEREFORE, in addition to, or in the alternative to the relief requested in previous counts, Plaintiffs demand judgment against Metropolitan Life Insurance Company named in this Complaint, jointly and severally as to themselves and each and every other defendant named in this Complaint in an unspecified amount for compensatory damages and punitive damages, plus costs, attorney's fees and such further relief as may be appropriate.

### COUNT VI
### Loss of Consortium

44. Plaintiff's spouse incorporates by reference the relevant allegations contained in the preceding paragraphs as if fully set forth herein.

45. Plaintiff's spouse is, and at all times relevant hereto, has been married to Plaintiff.

46. As a legal, factual, direct, and/or proximate consequence of the aforementioned acts, omissions, failures, and breaches of warranty, duty, and law by the Defendants, and each of them, Plaintiff's spouse has suffered and/or will suffer a loss of consortium to the detriment of her marital relationship with Plaintiff.

WHEREFORE, Plaintiff's spouse claims damages against each and every one of the Defendants for an unspecified amount for compensatory damages, and an unspecified amount for punitive damages, plus costs, attorneys' fees, and such further relief as may be appropriate.

### AMOUNT IN CONTROVERSY

47. The amount in controversy exceeds the jurisdictional amount requiring arbitration under Dauphin County Rule 1301.

## DEMAND FOR JURY TRIAL

48.   Plaintiffs elect to have their case tried before a jury.

LAW OFFICES OF PETER ANGELOS, P.C.

Jason B. Duncan, Esquire
PA I.D. No. 87946
Lauren S. Linsenbach
PA I.D. No. 326818
Building 3, Suite 330
2001 North Front Street
Harrisburg, PA 17102
(717) 232-1886
Fax: (717) 232-4189

## VERIFICATION

I, **Earl K. Heilner, Jr.,** hereby certify that I am a Plaintiff in the instant matter and the facts contained in the foregoing Complaint are true and correct to the best of my knowledge, information and belief.  This statement is made subject to the penalties of 18 Pa.C.S.A. §4904 relating to unsworn falsification to authorities.

Date: _march 15 2022_

**Earl K. Heilner, Jr.**

## VERIFICATION

I, **Kathryn Heilner**, hereby certify that I am a Plaintiff in the instant matter and the facts contained in the foregoing Complaint are true and correct to the best of my knowledge, information and belief. This statement is made subject to the penalties of 18 Pa.C.S.A. §4904 relating to unsworn falsification to authorities.


Date: march 15 2022

_Kathryn Heilner_
**Kathryn Heilner**

## CERTIFICATE OF SERVICE

I, Jason B. Duncan, Esquire of the Law Offices of Peter Angelos do hereby certify that on

this 21ˢᵗ day of *March* , 2022, I have served true and correct copies of the Complaint

and Notice to Defend, upon all defendants named in the Complaint.

**LAW OFFICES OF PETER ANGELOS, P.C.**

Jason B. Duncan, Esquire
2001 North Front Street
Building 3, Suite 330
Harrisburg, PA 17102

ITEM 330
11102

PETER ANGELOS

Foster Wheeler, LLC, Survivor to a merger
with Foster Wheeler Corporation
53 Frontage Road
PO Box 9000
Hampton, NJ 08827-9000

7022 0410 0002 5826 1264



1000

08827

U.S. POSTAGE PAID
FCM LG ENV
CAMP HILL, PA
17011
MAR 23, 22
AMOUNT
$8.96
R2303S102856-73