IN THE UNITED STATES DISTRICT COURTY
MIDDLE DISTRICT OF PENSYLVANIA

| | | |
|---|---|---|
| EARL K. HEILNER, JR., and his wife KATHRYN L. HEILNER, | : : : | CIVIL ACTION |
| | : | No. 1:22-CV-0616-JPW |
| Plaintiffs, | : : | |
| | : | Judge: Jennifer P. Wilson |
| v. | : : | |
| FOSTER WHEELER, LLC., et al., | : : | |
| Defendants. | : : : | |

## **ORDER**

AND NOW, this _____ day of _____2022, upon consideration of Plaintiff's Motion for Remand, and any response thereto, Pursuant to 28 U.S.C. section 1441, 1447, and supporting case law, it is hereby ORDERED and DECREED that Plaintiff's motion to remand to the Dauphin County Court of Common Pleas, Pennsylvania is GRANTED.

The instant matter is hereby REMANDED back to the Dauphin County Court of Common Pleas, Pennsylvania.

_____
J.