# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EARL K. HEILNER, JR., and his wife, KATHRYN L. HEILNER, | : | Civil No. 1:22-CV-00616 |
| Plaintiffs, | : | |
| v. | : | |
| FOSTER WHEELER LLC, *et al.* | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 2nd day of August, 2022, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT** Plaintiffs' motion to remand, Doc. 87, is **GRANTED**. The Clerk of Court shall remand this case to the Dauphin County Court of Common Pleas as the court declines to exercise supplemental jurisdiction over the state law claims.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania